IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESMELING BAHENA,**<br><br>                             Plaintiff,<br><br>    v.<br><br>**S. CORVERA,**<br><br>                             Defendant. | 2:23-cv-2580 CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF THE POST-SCREENING EARLY ADR**<br><br>Judge:         Honorable Carolyn K. Delaney<br>Trial Date:    Not Set.<br>Action Filed:  November 8, 2023 |

Good cause appearing, IT IS HEREBY ORDERED that:

   Defendant's request to opt-out of this Court's Post-Screening Early Alternative Dispute Resolution is GRANTED. This action is released from the Court's Post-Screening Alternative Dispute Resolution Program. The Court will separately issue an order lifting the stay, designating a new deadline for Defendant's responsive pleading, and providing a new briefing schedule.

   IT IS SO ORDERED.

Dated: September 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE