UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S. CORVERA, et al.,<br><br>　　　　　　Defendants. | No. 2:23-cv-02580-CKD<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On September 9, 2024, the court granted defendants' motion to opt out of the court's post-screening ADR. As a result, the stay of this action is lifted. Defendants shall file a responsive pleading within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated: September 16, 2024

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bahe2580.answer

1