UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>                    Plaintiff,<br><br>        v.<br><br>S. CORVERA,<br><br>                    Defendant. | No.  2:23-cv-2580-CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds without counsel with this civil rights action under 42 U.S.C. § 1983. Plaintiff moves to modify the scheduling order to allow for a second extension of time to respond to discovery requests served by defendant. (ECF No. 25.) Defendant does not oppose plaintiff's request for an extension of time of 60 days for this purpose but requests that the motion-filing deadlines be similarly extended. (ECF No. 26.) The court finds good cause to modify the scheduling order as requested. See Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's unopposed motion to modify the scheduling order and request for an extension of time (ECF No. 25) is GRANTED.

2.  Plaintiff is granted up to and including June 30, 2025, to serve responses to defendant's discovery requests.

1

3. The deadline for motions necessary to compel discovery is extended to July 21, 2025, and the deadline for other pretrial motions including dispositive motions is extended to September 26, 2025.

4. In all other respects, the terms of the discovery and scheduling order filed on October 10, 2024, remain in effect.

Dated: April 30, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, bahe2580.36