1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ESMELING L. BAHENA,                          No.  2:23-cv-2580-CKD P

12              Plaintiff,

13        v.                                       ORDER

14   S. CORVERA,

15              Defendant.

16

17        Plaintiff, a state prisoner, proceeds pro se and in forma pauperis with this civil rights

18   action brought under 42 U.S.C. § 1983. On April 30, 2025, the undersigned granted plaintiff's

19   unopposed motion to modify the scheduling order and granted plaintiff an extension of time up to

20   and including June 30, 2025, to serve responses to defendant's discovery requests. (ECF No. 27.)

21   On May 12, 2025, plaintiff's subsequent motion seeking an extension of time for the same

22   purpose was filed on the docket. (ECF No. 28.) Defendant opposes the subsequent motion, stating

23   plaintiff should first attempt to provide discovery responses by the current deadline[1] and then

24   seek an additional continuance if is unable to do so. (ECF No. 30.)

25   _____

26   [1] Defendant's response to the present motion for an extension of time incorrectly states
     "Plaintiff's current deadline to respond to Defendant's discovery is July 21, 2025." (See ECF No.

27   30 at 2.) The current deadline for plaintiff to respond to defendant's discovery is June 30, 2025.
     (See ECF No. 27 at 1.) The July 21, 2025, deadline is for any motions necessary to compel

28   discovery. (See id. at 2.)

                                                1

1    It appears plaintiff signed and constructively filed the subsequent motion for an extension

2   of time prior to his receipt of the recent order resetting the deadlines for this case.

3    Accordingly, IT IS HEREBY ORDERED that plaintiff's subsequent motion for an

4   extension of time to serve responses to defendant's discovery requests (ECF No. 28) is DENIED

5   without prejudice as moot.

6   Dated:  June 3, 2025

7   _____
    CAROLYN K. DELANEY
8   UNITED STATES MAGISTRATE JUDGE

9   8, bahe2580.36.2nd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28