UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>       Plaintiff,<br><br>   v.<br><br>S. CORVERA,<br><br>       Defendant. | No. 2:23-cv-2580-CKD P<br><br>ORDER |

Plaintiff, a state prisoner, proceeds pro se and in forma pauperis with this civil rights action brought under 42 U.S.C. § 1983. On April 30, 2025, the undersigned granted plaintiff an extension of time up to and including June 30, 2025, to serve responses to defendant's discovery requests. (ECF No. 27.) On July 17, 2025, defendant filed a motion to compel seeking to modify the case schedule. (ECF No. 32.)

Good cause appearing, IT IS HEREBY ORDERED that the pretrial motion deadline in the October 10, 2024, discovery and scheduling order is vacated; the court will reset deadlines for pretrial motions and any further motions to compel at a later date.

Dated: July 21, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, bahe2580.36.vac.dispo

1