UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESMELING L. BAHENA,

        Plaintiff,

    v.

S. CORVERA,

        Defendant.

No.  2:23-cv-2580-CKD P

ORDER

Plaintiff, a state prisoner, proceeds pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983. On December 8, 2025, defendant filed a motion seeking terminating sanctions, or in the alternative, to compel responses to defendant's written discovery. (ECF No. 38.) Plaintiff failed to file a timely response to the motion, and on January 15, 2026, the court ordered plaintiff to file an opposition, if any, to the motion for terminating sanctions within 21 days. (ECF No. 39.) On the same day, the Clerk docketed plaintiff's motion for an extension of time with a filing date of January 14, 2026. (ECF No. 40.) Plaintiff requests an extension of time for any deadlines, states he has been attempting to meet discovery obligations, and states defendant has not responded to plaintiff's discovery requests. Defendant opposed the motion for extension of time. (ECF No. 41.) Plaintiff has not filed a response to defendant's motion for terminating sanctions.

1

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 40) is GRANTED in part only to the extent that plaintiff is granted an additional 21 days from the date of this order to file a response to defendant's motion for terminating sanctions; any reply shall be filed and served in accordance with Local Rule 230(l); failure to file an opposition or otherwise respond to this order will be deemed as plaintiff's consent to have the motion granted and this case dismissed.

Dated:  February 24, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 bahe2580.36.fin

2