UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESMELING L. BAHENA,

          Plaintiff,

    v.

S. CORVERA, et al.,

          Defendants.

No.  2:23-cv-2580-DJC-CKD P

ORDER

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 8, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED as follows:

      1.  The findings and recommendations (ECF No. 43) are adopted in full;

      2.  Defendant's motion for terminating sanctions (ECF No. 38) is GRANTED and

1

this action is dismissed with prejudice. *See* Fed. R. Civ. P. 37(b)(2)(A); Fed. R. Civ. P. 41(b); Local Rule 110.

     3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **May 14, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 bahe2580.801

2